**EMILY S. MILLER,** OSB #034348
E-mail: emiller@pfglaw.com
PARSONS FARNELL & GREIN, LLP
1030 SW Morrison Street
Portland, Oregon 97205
Telephone: (503) 222-1812
Facsimile: (503) 274-7979
*Of Attorneys for Plaintiff.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| META FAB, INC., an Oregon corporation, | Case No. 3:17-cv-01349-BR |
| Plaintiff, | **PLAINTIFF'S MOTION TO CONTINUE COURT'S ORDER OF AUTOMATIC DISMISSAL** |
| v. | |
| SENTINEL INSURANCE COMPANY, LTD., a foreign corporation, | |
| Defendant. | |

### LR 7-1 CERTIFICATION

Counsel for the parties have conferred, and Defendant does not oppose Plaintiff's request.

### MOTION

Plaintiff respectfully moves the Court to extend its 60-day order of dismissal for an additional 30 days, from December 11, 2017, to and including January 11, 2018.

### MEMORANDUM

The parties have settled this matter. Plaintiff seeks an extension of the court's dismissal order in order to finalize the settlement documentation. No prejudice or delay will result from this extension.

Page 1 – PLAINTIFF'S MOTION TO CONTINUE COURT'S
ORDER OF DISMISSAL
O:\101140001\0011 esm motion extend dismissal.doc

For the foregoing reasons, Plaintiff respectfully requests that the Court grant its unopposed motion.

DATED this 11th day of December, 2017.

PARSONS FARNELL & GREIN, LLP

By: s/ Emily S. Miller
Emily S. Miller, OSB #034348
E-mail: emiller@pfglaw.com
1030 SW Morrison Street
Portland, OR 97205
Telephone: (503) 222-1812
Facsimile: (503) 274-7979
*Attorneys for Plaintiff*